IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.:

ALAN J. SHATTER and CAROL A. SHATTER,

    *Plaintiffs*,

v.

UNITED STATES OF AMERICA, TREASURY DEPARTMENT, INTERNAL REVENUE SERVICE,

    *Defendant*.

_____/

## **COMPLAINT**

Plaintiffs Alan J. Shatter and Carol A. Shatter (the "Plaintiffs"), by way of complaint against Defendant United States of America, Treasury Department, Internal Revenue Service, state as follows:

## **JURISDICTION AND VENUE**

1. This is an action arising under the Internal Revenue Laws of the United States for the refund of federal income taxes assessed and collected from the Plaintiffs. This court has jurisdiction pursuant to Title 28, U.S.C. § 1346(a)(1) and Title 26, U.S.C. § 7422.

2. Venue is properly in this district under 28 U.S.C. § 1391 as the payment of federal income taxes was made within this district, the property whose sale gave rise to the withholding tax that is the subject of the action is situated in this district, and the claim for refund was mailed from this district.

## **PARTIES**

3. Plaintiffs are nonresident aliens who filed IRS Forms 1040-NR U.S. Nonresident

Alien Income Tax Returns for the subject tax year, 2022.

4. The United States of America is sued based upon the actions of the Internal Revenue Service, an agency of the Department of Treasury.

**REFUND OF TAXES**

5. On August 10, 2023, the Plaintiffs electronically filed their 2022 U.S. federal income tax returns, IRS Forms 1040-NR (the "Income Tax Returns").

6. The Income Tax Returns reported that each of the Plaintiffs was due a refund in the amount of $61,875, for a total of $123,750.

7. By Notice from the Internal Revenue Service dated September 18, 2023, Defendant erroneously stated that it has no record of the withholding payments made by Plaintiffs that gave rise to the refunds due to Plaintiffs (the "Withholding Payment").

8. On February 20, 2024, Plaintiffs filed IRS Form 843, Claim for Refund.

9. With Plaintiffs' IRS Form 843, Claim for Refund, Plaintiffs enclosed a copy of the Withholding Payment as deposited by Defendant.

10. With Plaintiffs' IRS Form 843, Claim for Refund, Plaintiffs also enclosed a copy of Defendant's correspondence, acknowledging the Withholding Payment.

11. As of the date hereof, almost ten (10) months have elapsed since the Plaintiffs' refund claim was made on their Income Tax Returns.

12. Defendant has not paid to the Plaintiffs the refund to which Plaintiffs are entitled pursuant to their 2022 Return.

13. As of the date hereof, Defendant has not issued a statutory notice of claim disallowance for the Plaintiffs' refund.

14. All conditions precedent to the institution of this action have occurred, or have

been waived, excused or prevented.

WHEREFORE, Plaintiffs, Alan J. Shatter and Carol A. Shatter, pray for:

A. Judgment against the Defendant, United States of America, Internal Revenue Service, in the amount of $123,750, together with statutory interest;

B. An award of costs and attorneys' fees as may be recoverable under the Internal Revenue Code or such other applicable authority; and

C. Such other relief and damages as may be just and equitable.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable

Dated: July 3, 2024

Respectfully submitted,

/s/*Tyler B. Korn*
Tyler B. Korn, Esq.
Florida Bar No. 555371
Korn & Kalish LLP
The Newgate Tower
5150 Tamiami Trail N., Suite 302
Naples, FL 34103
Tel: (239) 354-4300
Fax: (239) 354-4310
Email: tkorn@kornkalish.com