Case 2:24-cv-00618-JLB-NPM   Document 36   Filed 03/13/26   Page 1 of 2 PageID 241

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALAN J. SHATTER and CAROL A.
SHATTER,

      Plaintiffs,

v.                                                                    Case No:   2:24-cv-00618-JLB-NPM

UNITED STATES OF AMERICA,
TREASURY DEPARTMENT,
INTERNAL REVENUE SERVICE,

      Defendant.

_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 35), recommending that Plaintiffs' Motion for Attorney Fees and Costs (Doc. 33) be **DENIED**.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

2

Accordingly, it is **ORDERED** that:

1.  The Report and Recommendation (Doc. 35) is **ADOPTED** and made a

    part of this Order for all purposes.

2.  Plaintiffs' Motion for Attorney Fees and Costs (Doc. 33) is **DENIED**.

**ORDERED** in Fort Myers, Florida, on March 13, 2026.

_____

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

2